IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES C. WILLIAMS, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV419-097
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. )
 )

O R D E R

Before the Court is the parties' Stipulation of Voluntary Dismissal with Prejudice. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of December 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA